Argued and submitted September 11, dismissed in part; otherwise affirmed
October 4, 2000

In the Matter of the Marriage of

Sherry L. MICKA,
nka Sherry L. McFarland,
*Appellant,*

*and*

Jeffrey J. MICKA,
*Respondent.*

(97-03-11144; CA A106788)

12 P3d 535

Gary R. Clarke argued the cause for appellant. With him on the brief was Linda J. Wilson & Associates.

Mona K. Williams, argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Appeal from order of contempt dismissed as not being from an appealable judgment; otherwise affirmed.